# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 17-6139 (SCM) |
| VIOLETA MCGOUGH | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, United States Attorney for the District of New Jersey (by David W. Feder, Assistant United States Attorney), and defendant Violeta McGough (by David Holman, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through March 31, 2018 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b); and two prior continuances having been entered; and the defendant, through her attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties anticipate that plea negotiations will continue, and both the United States and the defendant seek additional time to achieve successful

resolution of these negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 31 day of January, 2018;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through March 31, 2018; and it is further

ORDERED that the period from the date this Order is signed through March 31, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STEVEN C. MANNION
United States Magistrate Judge

17mj 6139

Form and entry consented to:

David Holman, Assistant Federal Public Defender
Counsel for Defendant Violeta McGough

David W. Feder
Assistant U.S. Attorney

RECEIVED IN THE CHAMBERS OF

JAN 3 1 2018

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.

2